No. 79–127.  HARRIS ET AL., T/A LEON L. MOORE OIL CO. *v.* ATLANTIC RICHFIELD CO.  C. A. 4th Cir.  Certiorari denied.

No. 79–135.  NATIONAL BROADCASTING CO., INC. *v.* BURKE. C. A. 1st Cir.  Certiorari denied.

No. 79–141.  WAY BAKING CO. *v.* INTERSTATE BRANDS CORP. Sup. Ct. Mich.  Certiorari denied.

No. 79–144.  MERTENS *v.* MORRIS, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 79–150.  PRAETORIUS *v.* UNITED STATES; and
No. 79–156.  PRAETORIUS *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 79–151.  NEW YORK *v.* ST. AGATHA HOME FOR CHILDREN, INC., ET AL.  Ct. App. N. Y.  Certiorari denied.

No. 79–152.  HOME INDEMNITY CO. *v.* STILLWELL ET AL. C. A. 6th Cir.  Certiorari denied.

No. 79–159.  DELLIGATTE *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 79–160.  CONNELLY *v.* COMMERCIAL TRADING CO., INC. App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 79–165.  TINAWY *v.* TRAVELERS AID SOCIETY OF NEW YORK, INC., ET AL.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.